UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 21-5518 MWF (AFMx)**                    Date:  August 19, 2021

Title      **Signal Diagnostics, LLC v. McKinley Scientific, LLC, et al.**

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:
Not Present                                                 Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 7, 2021.  (Docket No. 1).  On July 29, 2021, Plaintiff filed a Proof of Service ("POS") of the Summons and Complaint upon Defendant McKinley Scientific, LLC.  (Docket No. 9). Pursuant to the POS, Defendant's response to the Complaint was due August 13, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 2, 2021**.

■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response").  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

OR

■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5518 MWF (AFMx)**                         Date:  August 19, 2021

Title          **Signal Diagnostics, LLC v. McKinley Scientific, LLC, et al.**

respond to the Order to Show Cause by **SEPTEMBER 2, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm