UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-5518-MWF(AFMx)**                                     Dated: **July 28, 2022**

Title:  Signal Diagnostics, LLC -v- McKinley Scientific, LLC, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                    None Present

PROCEEDINGS (IN CHAMBERS):         ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

**PROCEEDINGS (IN CHAMBERS):           COURT ORDER**

In light of the Notice of Settlement [40] filed July 26, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for August 29, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.