JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIGNAL DIAGNOSTICS, LLC, a Delaware Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>MCKINLEY SCIENTIFIC, LLC, a New Jersey Limited Liability Company and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 21-5518-MWF (AFMx)<br>Hon. Michael W. Fitzgerald<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby dismissed the above-entitled action with prejudice. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: August 1, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

- 1 -